UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TIMOTHY HERNANDEZ,

Plaintiff,

v.

DA SPOT NYC, LLC,

Defendant.
---------------------------------------------------------------X

JUDGMENT
25-CV-03701 (HG)

A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on September 11, 2025, dismissing Plaintiff's claims with prejudice for failure to comply with court orders pursuant to Rule 41(b); it is

ORDERED and ADJUDGED that Judgment is hereby entered in favor of Defendant; that Plaintiff's claims are dismissed with prejudice for failure to comply with court orders pursuant to Rule 41(b).

Dated: Brooklyn, New York
September 11, 2025

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk